**UNITED STATES BANKRUPTCY COURT**
**FOR THE Western District of Virginia**
**Harrisonburg Division**

| | |
|---|---|
| **In re: Jamie Lynn Nuckols**<br><br><br>                  **Debtor(s)** | **CASE NO. 19–50220**<br><br>**CHAPTER 13** |

### NOTICE TO DEBTOR(S) CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a Report of Completion of Plan Payments. In order to receive a discharge, you <u>must</u> complete and file with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4004–1(A). A copy of this form may be obtained from the Clerk's Office or on the Court's Internet website at <u>www.vawb.uscourts.gov</u> under the Bankruptcy Information/Forms/Local Forms tab. Unless the Certificate is filed with the Court within 60 days of the mailing of this Notice, your case may be closed without issuance of a discharge. After you have filed your Certification of Compliance, notice will be given to creditors and other parties in interest and unless one of them files within 30 days of the date of mailing of such notice a request for a hearing, the Court may issue a Chapter 13 discharge to you without further notice or a hearing if it determines that all the requirements for issuance of a discharge have been satisfied.

**Date:** 4/4/24

Office of the Clerk
U.S. Bankruptcy Court
116 N Main St.
Room 223
Harrisonburg, VA 22802

James W. Reynolds
Clerk of Court

FORM 4004−1A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE Western District of Virginia**

| In re: Jamie Lynn Nuckols | **CASE NO. 19−50220** |
|---|---|
| **Debtor(s)** | **CHAPTER 13** |

**DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. §1328**

The Chapter 13 Trustee has filed a notice of completion of payments in my case and I am hereby requesting that the court issue a discharge. I testify, under penalty of perjury, to the following:

1.  I/We have completed an instructional course concerning personal financial management as described in 11 U.S.C. §111.

2.  I/We have not received a discharge in a Chapter 7, 11, or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 Bankruptcy.

3.  I/We have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 Bankruptcy.

4.  I/We did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of the statutory amount in the type of property described in 11 U.S.C §522(p)(1) [generally the debtor's homestead].

5.  There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

6.  If applicable, I/we certify that as of the date of this certification that I/we have paid all amounts due under any domestic support obligation [as that term is defined in 11 U.S.C. §101(14A)] required by a judicial or administrative order, or by statute, including amounts due either (i) before this bankruptcy case was filed and provided for in the Plan, or (ii) due at any time after filing of this bankruptcy case.

**I/we certify under penalty of perjury that the foregoing in true and correct.**

Debtor:_____          Date:_____

Debtor:_____          Date:_____

United States Bankruptcy Court

Western District of Virginia

In re:                                                                          Case No. 19-50220-rbc

Jamie Lynn Nuckols                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0423-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: ntfcc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie Lynn Nuckols, PO Box 688, Lexington, VA 24450-0688 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| Dorothy Carol Sasser | on behalf of Creditor Atlantic Bay Mortgage Group  LLC dsasser@siwpc.com, ewhite@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Johnie Rush Muncy | on behalf of Creditor Atlantic Bay Mortgage Group  LLC jmuncy@siwpc.com, dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |
| William Harville | on behalf of Debtor Jamie Lynn Nuckols notices@vabklaw.com |

District/off: 0423-5                     User: admin                              Page 2 of 2
Date Rcvd: Apr 04, 2024                  Form ID: ntfcc                           Total Noticed: 1

harville.williamb115872@notify.bestcase.com;notices@vabklaw.com

TOTAL: 5