ntdishrgcr13.jsp

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re: Jamie Lynn Nuckols | CASE NO. 19–50220 |
|---|---|
| Debtor(s) | CHAPTER 13 |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
CONCERNING ISSUANCE OF DISCHARGE**

The Trustee has filed a Report of Completion of Plan Payments and the Debtor(s) has/have filed a Certification of Compliance with 11 U.S.C. §1328. You are hereby notified that the Court may grant to the Debtor(s), if otherwise appropriate, a Chapter 13 discharge without further notice or hearing if no creditor or other party in interest files with the Court within 30 days of the mailing of this Notice a request for a hearing and the basis for such request. If a timely request for a hearing is filed, a discharge hearing will be held at a date and time specified by the Court. YOU ARE FURTHER NOTIFIED THAT THE TERM "CREDITOR" INCLUDES ANY PERSON TO WHOM A DEBTOR OWES A DELINQUENT "DOMESTIC SUPPORT OBLIGATION" AS DEFINED IN 11 U.S.C. §101(14A).

**Date:** 8/8/24

James W. Reynolds
Clerk of Court

United States Bankruptcy Court

Western District of Virginia

In re: Case No. 19-50220-rbc
Jamie Lynn Nuckols Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-5      User: admin      Page 1 of 2
Date Rcvd: Aug 08, 2024      Form ID: ntchrgcr      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie Lynn Nuckols, PO Box 688, Lexington, VA 24450-0688 |
| 5251147 | | MCLP Asset Company, Inc., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 4727771 | + | SCA Credit Service, 1502 Williamson Road, Roanoke, VA 24012-5125 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2024 21:10:17 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4965158 | ^ | MEBN | Aug 08 2024 20:57:37 | Atlantic Bay Mortgage Group, LLC, c/o Samuel I. White, P.C., 1804 Staples Mill Road, Suite 200, Richmond, VA 23230-3530 |
| 4758447 | | Email/Text: G06041@att.com | Aug 08 2024 20:59:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 4735997 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 08 2024 20:59:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 4727769 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 08 2024 20:59:00 | Loancare Servicing Center, 3637 Sentara Way Suite 303, Virginia Beach, VA 23452-4262 |
| 5016265 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 20:59:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4727770 | + | Email/PDF: cbp@omf.com | Aug 08 2024 21:10:23 | One Main Financial, Attn: Bankruptcy, PO BOX 1010, Evansville, IN 47706-1010 |
| 4750216 | + | Email/PDF: cbp@omf.com | Aug 08 2024 21:10:17 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5209869 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2024 21:10:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4730658 | ^ | MEBN | Aug 08 2024 20:57:36 | Samuel I. White, P.C., 1804 Staples Mill Road, Suite 200, Richmond, VA 23230-3530 |
| 4727772 | | Email/Text: bankruptcy@bbandt.com | Aug 08 2024 20:59:00 | Suntrust Personal MasterCard, PO Box 85526, Richmond, VA 23285-5526 |
| 4727773 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 08 2024 21:10:20 | Wells Fargo Card Service, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 12

# BYPASSED RECIPIENTS

Case 19-50220   Doc 56   Filed 08/10/24   Entered 08/11/24 00:30:24   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0423-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: ntchrgcr | Total Noticed: 15 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Atlantic Bay Mortgage Group, LLC |
| cr | | MCLP Asset Company, Inc. |
| cr | | MCLP Asset Company, Inc. |
| cr | | MCLP Asset Company, Inc. as serviced by NewRez LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| Dorothy Carol Sasser | on behalf of Creditor Atlantic Bay Mortgage Group  LLC dsasser@siwpc.com, ewhite@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Johnie Rush Muncy | on behalf of Creditor Atlantic Bay Mortgage Group  LLC jmuncy@siwpc.com, dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |
| William Harville | on behalf of Debtor Jamie Lynn Nuckols notices@vabklaw.com harville.williamb115872@notify.bestcase.com;notices@vabklaw.com |

TOTAL: 5